Oak Park National Bank, Trustee Under Trust No. 1500, by S. K. Stearn, Agent, Plaintiff-Appellee, v. Richard Montanelli, d/b/a Montanelli & Sons, Defendant-Appellant. Exchange National Bank, Garnishee-Defendant.

Gen. No. M–50,395.

First District, Third Division.

January 27, 1966.

Stephen Lee, of Chicago, for appellant; no appearance or brief filed by appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.